```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA        CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KEITH WHITE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-CR-00209 JAM |
| Plaintiff, | ) **WAIVER OF DEFENDANT'S** |
| vs. | ) **APPEARANCE AND ORDER** |
| KEITH WHITE, | ) |
| Defendant. | ) |

    Defendant KEITH WHITE hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

    Defendant KEITH WHITE hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally

present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

Respectfully submitted,

Dated: October 15, 2015          /s/ Keith White
                                 KEITH WHITE
                                 Defendant


Dated: October 15, 2015          _/s/ Chris Cosca
                                 CHRIS COSCA
                                 Attorney for Defendant,
                                 KEITH WHITE

**ORDER**

**IT IS SO ORDERED.**

Dated: October 16, 2015
                                 /s/ John A. Mendez_____
                                 JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE